JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
RYAN G. ADAMS (Cal. Bar No. 262227)
Special Assistant United States Attorney
Corporate and Securities Fraud Strike Force
    Ronald Reagan Federal Bldg. & U.S. Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3590
    Facsimile:  (714) 338-3708
    E-mail:  ryan.adams2@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
WILLIAM E. SCHURMANN
ABDUS S. PARDESI
Trial Attorneys
United States Department of Justice
Criminal Division, Fraud Section
Foreign Corrupt Practices Act Unit
    1400 New York Ave., NW
    Washington, DC 20005
    Telephone: (202) 606-0829 / (202) 307-2208
    Email:  william.schurmann2@usdoj.gov
                 abdus.samad.pardesi@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMADOU KANE DIALLO,<br><br>    Defendant. | No. 8:23-cr-00054-AH<br><br><u>JOINT STIPULATION REGARDING STATUS CONFERENCE</u> |

       Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Special Assistant United States Attorney Ryan G. Adams and Department of Justice Trial

Attorneys William E. Schurmann and Abdus S. Pardesi, and defendant Amadou Kane Diallo ("defendant"), by and through his counsel of record, Stephen G. Frye and Ashley Daniel, hereby stipulate as follows:

1. On February 18, 2025, the Court held a status conference in this matter where Renee D. Garcia was relieved as counsel of record for defendant and Mr. Frye was appointed as lead counsel to represent defendant. (Dkt. 163.)

2. At the conclusion of the February 18, 2025 status conference the Court directed the parties to meet and confer on an agreeable date for a status conference and ordered the parties to file a joint stipulation and proposed order reflecting that date. (Id.)

3. On February 26, 2025, the parties met and conferred telephonically in order to comply with the Court's February 18, 2025 order.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

4. The parties stipulate to a status conference on May 14, 2025 at 10:30 a.m.

IT IS SO STIPULATED.

Dated: February 28, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*/s/ Ryan G. Adams*
RYAN G. ADAMS
Special Assistant United States Attorney

WILLIAM E. SCHURMANN
ABDUS S. PARDESI
Department of Justice Trial Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: February 28, 2025

*/s/ via email authorization*
STEPHEN G. FRYE
ASHLEY DANIEL

Attorneys for Defendant
AMADOU KANE DIALLO